UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOVER NARANJO,

                Petitioner,                17 **CIVIL** 9573 (JSR) (BCM)

                                                13 **CR.** 351 (JSR)

    -against-

                                                **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2021, the Court adopts the Report and Recommendation, and for the reasons stated therein, dismisses the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as petitioner's claims lacks any arguable basis in law or facts, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915 (a) (3); see also Seimon v. Emigrant Savs. Bank (In re Seimon), 421 F. 3d 167, 169 (2d Cir. 2005)

**DATED:**  New York, New York
             April 9, 2021

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
                              **BY:**

                                             **Deputy Clerk**